IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PRODUCTIVE MD, LLC )
) No. 3-12-0052
v. )
)
AETNA HEALTH, INC; and AETNA )
LIFE INSURANCE COMPANY, INC. )

O R D E R

A hearing is scheduled on the plaintiff's motion to determine compliance with Court's order of May 14, 2012 (Docket Entry No. 39) on **Thursday, July 12, 2012, at 1:00 p.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

Prior to July 12, 2012, the parties shall file a joint statement that summarizes any additional discovery disputes not otherwise implicated by the plaintiff's pending motion.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge