IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PRODUCTIVE MD, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:12-0052 |
| ) | Judge Trauger |
| AETNA HEALTH, INC., ) | Magistrate Judge Griffin |
| ) | |
| Defendant. ) | |

## O R D E R

It is hereby **ORDERED** that, by August 6, 2012, the parties shall file for the court's consideration a proposed agreed order specifying the date by which the Administrative Record will be filed and a briefing schedule.

It is so **ORDERED**.

ENTER this 27th day of July 2012.

_____
ALETA A. TRAUGER
U.S. District Judge