IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| PRODUCTIVE MD, LLC ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | Case # 3:12-CV-0052 |
| ) | |
| v. ) | JURY DEMAND |
| ) | |
| ) | Judge Trauger |
| AETNA HEALTH, INC. and ) | |
| AETNA LIFE INSURANCE COMPANY, INC. ) | Magistrate Judge Griffin |
| Defendants/Counter-Plaintiffs. ) | |
| ) | |

## ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* of David L. Steed, and for good cause shown, said motion is granted and Marguerite Broussard is hereby admitted *pro hac vice* to appear in the United States District Court for the Middle District of Tennessee at Nashville and participate in the above-captioned matter as counsel for Plaintiff, Productive MD, LLC.

_____
Judge

APPROVED FOR ENTRY:

s/ David L. Steed
David L. Steed        (BPR # 7361)
CORNELIUS & COLLINS, LLP
1500 Nashville City Center, 511 Union Street
Nashville, TN  37219
Ph:  615-244-1440 Fax: 615-254-9477
Attorney for Plaintiff, Productive MD, LLC