IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PRODUCTIVE MD, LLC )
) No. 3-12-0052
v. )
)
AETNA HEALTH, INC; and AETNA )
LIFE INSURANCE COMPANY, INC. )

O R D E R

On August 14, 2014, the parties filed a joint stipulation of dismissal (Docket Entry No. 222), with an attached proposed agreed order of dismissal for consideration by the Honorable Aleta A. Trauger.

As a result, the following motions are rendered MOOT and the Clerk is directed to terminate them as pending: (1) the plaintiff's motion to deem matters admitted (Docket Entry No. 169); (2) the plaintiff's motion to amend order (Docket Entry No. 171); (3) the plaintiff's motion to compel (Docket Entry No. 175); (5) the plaintiff's motion for more definite statement (Docket Entry No. 189); (6) the plaintiff's motion for a status conference,[1] to require the defendants to participate in a Rule 26(f) conference and for a stay (Docket Entry No. 201); (7) the plaintiff's motion to stay (Docket Entry No. 203); (8) the defendants' motion to compel (Docket Entry No. 206); (9) the plaintiff's motion to strike (Docket Entry No. 211); and the plaintiff's motion for a settlement conference (Docket Entry No. 212).

Unless otherwise directed by the Court, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] A discovery conference/hearing was held on April 22, 2014. See orders entered April 21, 2014 and April 25, 2014 (Docket Entry Nos. 214-215).